## SCHEDULE A

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 1 | Aliexpress | Shop1104716287 Store | 1104719255 | 3256808884278615 | VA 2-450-964 VA 2-450-965 |