## Shop1104716287 Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 1

Store Name: Shop1104716287 Store

Merchant ID: 1104719255

Store URL: https://www.aliexpress.com/store/1104719255

Product ID: 3256808884278615

Product URL: https://www.aliexpress.com/item/3256808884278615.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: GGT-1, GGT-2, GGT-3, GGT-4, GGT-13

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-07-25



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965